IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

F I L E D
SEP - 4 2014
CLERK, U.S. DISTRICT COURT
RICHMOND, VA

UNITED STATES OF AMERICA )
)
v. ) Criminal No. 3:11CR255-HEH
)
CYNTHIA DAMARIZ SALAMANCA, )
)
Petitioner. )

## MEMORANDUM OPINION
**(Denying Rule 60(b) Motion)**

On February 17, 2012, the Court sentenced Salamanca to 171 months of imprisonment. On May 28, 2014, the Court received another Motion Under Federal Rule of Civil Procedure 60(b)[1] from Salamanca wherein she asks that the Court "to relieve the Movant of the Judgment in this case with the date of sentence of February 17, 2012." (Rule 60(b) Mot. 1, ECF No. 183.) "The Federal Rules of Civil Procedure do not provide a vehicle by which to challenge a criminal judgment." *United States v. Corrigan*, 557 F. App'x. 212, 212 (4th Cir. 2014) (citing Fed. R. Civ. P. 1, 81; *United States v. Mosavi*, 138 F.3d 1365, 1366 (11th Cir. 1998)). Accordingly, Salamanca's Rule 60(b) Motion (ECF No. 183) will be denied.

---

[1] On February 26, 2013, the Court received a 28 U.S.C. § 2255 motion captioned with Salamanca's name. Salamanca, however, did not sign the § 2255 Motion. Rather, Salamanca's mother, Sandra L. Abarca, signed the § 2255 Motion. (§ 2255 Mot. 14, ECF No. 154.) Accordingly, by Memorandum Opinion and Order entered on April 29, 2013, the Court concluded that Ms. Abarca failed to qualify for "next friend" standing and dismissed the § 2255 Motion for want of jurisdiction. (*See* ECF Nos. 155–56.) On May 31, 2013, Salamanca, by counsel Jerome M. Brown, filed the Rule 60(b) Motion, with a supporting Memorandum seeking to set aside the April 29, 2013 decision. (ECF Nos. 160–61.) By Memorandum Opinion and Order entered on January 10, 2014, the Court denied Salamanca's Rule 60(b) Motion. *United States v. Salamanca*, No. 3:11CR255-HEH, 2014 WL 108899, at *1 (E.D. Va. Jan. 10, 2014).

An appropriate Final Order will follow.

/s/
HENRY E. HUDSON
UNITED STATES DISTRICT JUDGE

Date: Sept 3 2014
Richmond, Virginia